#129080
V#114

FILED

2010 NOV 29 PM 4: 25

CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE: ) Case No. 09-37243
Catherine Leeann Mantel )
)
) JUDGE RICHARD L. SPEER
)
) ORDER FOR PAYMENT OF
Debtor(s) ) FEES AND EXPENSES

Upon hearing(s) having been held pursuant to Bankruptcy Rule 2002(a)(6) and (f) and/or the Court's consideration of applications for compensation and reimbursement of expenses properly before it, and further, the Clerk having calculated the miscellaneous fees owed pursuant to 28 U.S.C. Section 1930(b), **IT IS HEREBY ORDERED** that the following fees and expenses shall be paid by the trustee from the estate:

| | | |
|---|---|---|
| TRUSTEE FEE: | Ericka S. Parker, Esq. | $ 665.05 |
| TRUSTEE EXPENSES: " " " | | $ 17.44 |
| ATTORNEY FOR TRUSTEE FEE: | | $ |
| ATTORNEY FOR TRUSTEE EXPENSES: | | $ |
| OTHER: _____ | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

28 U.S.C. Section 1930(b) Fees payable to the Clerk, U.S. Bankruptcy Court:

Adversary Proceedings $ _____
Reopen Fee $ _____

TOTAL FEES: $ 682.49

**IT IS FURTHER ORDERED** that the fees allowed herein shall be paid only after a Report of Distribution, reviewed by the Office of the United States Trustee, has been filed with the Court.

Dated: November 24, 2010

/s/ Richard L. Speer
RICHARD L. SPEER
UNITED STATES BANKRUPTCY JUDGE